HESTER *v.* ILLINOIS

No. 82.  Argued November 18, 1969—Decided April 27, 1970

*Marshall Kaplan* argued the cause for petitioner. With him on the brief was *Edward Kaplan.*

*Joel M. Flaum,* Assistant Attorney General of Illinois, argued the cause for respondent.   With him on the brief were *William J. Scott,* Attorney General, and *James R. Thompson, James B. Zagel, Thomas J. Immel,* and *Morton E. Friedman,* Assistant Attorneys General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL dissent.